# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * | |
| v. | * * | CRIM. NO. 21-900-2 |
| BRIAN ELIJAH MITCHELL | * * * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

☑ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐ Other:

Date: December 20, 2021

_____
Honorable Susan D. Wigenton
United States District Judge